UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY

JUL 1 2 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

JACK LESTER ROBERTS

PLAINTIFF

VS.                                                    DOCKET NO.: 1-04-1171

MARK ANDERSON, DENNIS
TAYLOR, HARRY COOPER,
MCKENZIE POLICE DEPARTMENT,
CITY OF MCKENZIE
   AND
DAVID MORGAN, KATHY YOUNG,
JOHN DOE, (UNNAMED DEPUTIES),
BENDELL BARTHOLOMEW, CARROLL
COUNTY SHERIFF DEPARTMENT AND
COUNTY OF CARROLL

DEFENDANTS

ORDER

This Cause came on to be and was heard on this the  11th  day of July, 2005, before the Honorable James Todd, U. S. District Judge, and for good cause shown and upon the agreement of the Parties that an additional 15 days for the filing of the Defendant's, David Morgan, Kathy Young, John Doe, Unnamed Deputies, Bendell Bartholomew, Carroll County Sheriff Department and County of Carroll, Motion For Summary Judgement so as to receive the transcript of Jack Roberts Deposition.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Motion For Summary Judgement shall be filed on or before the 19th day of July, 2005.

_____
HONORABLE JAMES TODD,
U. S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  7/12/05

APPROVED FOR ENTRY:

_____
ROBERT T. KEETON III, BPR #013296
KEETON LAW OFFICES
20240 EAST MAIN STREET
P. O. BOX 647
HUNTINGDON, TENNESSEE 38344
731-986-4444
ATTORNEY FOR DEFENDANTS

F:\gryphon99\docs\16904.wpd

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 1:04-CV-01171 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Robert T. Keeton
KEETON LAW OFFICES
20240 East Main St.
Huntingdon, TN 38343

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Benjamin S. Dempsey
LAW OFFICES OF BENJAMIN S. DEMPSEY
P.O. Box 711
Huntingdon, TN 38344

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT