IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JACK LESTER ROBERTS, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>MARK ANDERSON, ET AL., )<br>)<br>Defendants. ) | No. 04-1171-T/An |

ORDER GRANTING JUDGMENT AS A MATTER OF LAW
AND
ORDER ON JURY VERDICT

This cause came on for trial before the Court and jury on October 5, 2005, the Honorable James D. Todd, District Judge, presiding; Benjamin S. Dempsey representing the plaintiff, Jack Lester Roberts, and Robert T. Keeton, Jr. and Robert T. Keeton, III representing defendants David Morgan and Kathy Young.

At the close of the plaintiff's proof, the Court granted defendant Kathy Young's motion for judgment as a matter of law. After hearing all the proof, arguments of counsel and charge of the Court, the jury retired to begin its deliberation. After due deliberation, the jury returned to open Court and announced a verdict. The jury returned a verdict in favor of defendant David Morgan.

This document entered on the docket sheet In compliance with Rule 58 and/or 79 (a) FRCP on 10/12/05

The Clerk is directed to prepare a judgment for entry in accordance with the Court's grant of judgment as a matter of law to defendant Young, the jury verdict in favor of defendant Morgan, and the prior orders dismissing or granting summary judgment to all other defendants (doc. #18, #24, #40, #52).

IT IS SO ORDERED.

_/s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_6 October 2005_
DATE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 1:04-CV-01171 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Robert T. Keeton
KEETON LAW OFFICES
20240 East Main St.
Huntingdon, TN 38343

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Benjamin S. Dempsey
LAW OFFICES OF BENJAMIN S. DEMPSEY
P.O. Box 711
Huntingdon, TN 38344

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Honorable James Todd
US DISTRICT COURT