# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

JACK LESTER ROBERTS,

v.

MARK ANDERSON, ET AL.,   CASE NUMBER:   1:04-1171-T/An

**Decision by Jury and by the Court** This action came to consideration before a Jury and the Court. The issues have been tried and considered and a decision rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 9/28/2004, defendant Carroll County Sheriff's Department's motion to dismiss was granted; in compliance with the order entered on 3/10/2005, the motion for summary judgment of defendants Mark Anderson and Dennis Taylor was granted; in compliance with the order entered on 6/24/2005, the motion for summary judgment of defendants Harry Cooper, McKenzie Police Department, and City of McKenzie was granted; in compliance with the order entered on 9/16/2005, the motion for summary judgment of defendants Sheriff Bendell Bartholomew, Carroll County and the "Unnamed Deputies" was granted and the motion for summary judgment as to defendants David Morgan and Kathy Young was denied; and on jury verdict and order entered on 10/07/2005, judgment as a matter of law as to defendant Kathy Young was granted and a verdict was entered in favor of the defendant David Morgan; and this case is hereby dismissed.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                              THOMAS M. GOULD
                              CLERK

_10/13/05_            BY:   _C. Herd_
DATE                        DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/14/05.



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 1:04-CV-01171 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Robert T. Keeton
KEETON LAW OFFICES
20240 East Main St.
Huntingdon, TN 38343

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Michael R. Hill
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Benjamin S. Dempsey
LAW OFFICES OF BENJAMIN S. DEMPSEY
P.O. Box 711
Huntingdon, TN 38344

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Fred Collins
FLIPPIN COLLINS & HILL, PLLC
P.O. Box 679
Milan, TN 38358

John D. Burleson
RAINEY KIZER REVIERE & BELL
105 S. Highland Avenue
Jackson, TN 38302--114

Robert T. Keeton
KEETON LAW OFFICES
20240 East Main St.
Huntingdon, TN 38343

Benjamin S. Dempsey
LAW OFFICES OF BENJAMIN S. DEMPSEY
P.O. Box 711
Huntingdon, TN 38344

Honorable James Todd
US DISTRICT COURT